John C. Patterson, Appellant, v. Northern Trust Com-
pany et al., Appellees.

Gen. No. 22,797.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. Denis
E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1916. Affirmed. Opinion filed October 9, 1917.
Rehearing denied October 20, 1917.

## Statement of the Case.

Bill for an accounting by John C. Patterson, com-
plainant, against the Northern Trust Company and
others, defendants. From an order holding complain-
ant guilty of contempt of an order and injunction de-
cree entered in the cause, enjoining him from com-
mencing any other suits, actions or proceedings at law
or in equity against the Northern Trust Company in
any other court or courts, based upon and relating to
the matters and things in the bill charged, and from
in any manner harassing and annoying the Northern
Trust Company by the commencement or institution
of any other suits, actions or proceedings against it
in relation to the same subject-matter, complainant
appeals. For the prior decision, which is the basis
for the order of contempt, see *Patterson v. Northern
Trust Co.*, Gen. No. 22,798, *ante*, p. 355.

John C. Patterson, *pro se.*

Judah, Willard, Wolf & Reichmann, for appellee
Northern Trust Company, as trustee.

Mr. Presiding Justice Barnes delivered the opinion
of the court.

### Abstract of the Decision.

CONTEMPT, § 37*—*when order of for violation of injunction is proper.* Where a party complainant to a suit for an accounting violates an injunction against commencing any other suit or action in any court based upon matters charged and set forth in the bill for an injunction, an order holding the complainant in contempt of court is proper.